

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00095-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 7 |
| JAVIER TERRAZAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110C04803) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse and remand the cause for further proceeding, in accordance with the opinion of the Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MAY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.